Maricela Castillo VALENCIA, aka
Maricela Alvarez, Petitioner,

v.

Jefferson B. SESSIONS, Attorney
General, Respondent.

No. 15-73274

United States Court of Appeals,
Ninth Circuit.

Submitted February 14, 2017 *

Filed February 22, 2017

Carlos Alfredo Cruz, Esquire, Attorney, Law Offices of Carlos A. Cruz, Alhambra, CA, for Petitioner

Christina P. Greer, OIL, Shahrzad Baghai, Attorney, DOJ—U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent

Before: GOODWIN, FARRIS, and FERNANDEZ, Circuit Judges.

MEMORANDUM **

Maricela Castillo Valencia, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order affirming without opinion an immigration judge's ("IJ") decision denying a continu-

---

* The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

ance and relief from removal. We dismiss the petition for review.

We lack jurisdiction to consider Castillo Valencia's unexhausted challenges to the IJ's denial of a continuance. See *Zara v. Ashcroft*, 383 F.3d 927, 931 (9th Cir. 2004) (the exhaustion requirement applies to streamlined cases).

To the extent Castillo Valencia contends that former counsel's failure to raise certain arguments to the IJ constituted ineffective assistance of counsel or that her convictions did not render her ineligible for relief, we also lack jurisdiction to consider those unexhausted contentions. *Id.*

**PETITION FOR REVIEW DISMISSED.**